■ MARILYN LIEBERMAN, Respondent, v FRED LIEBERMAN, Appellant.— In a matrimonial action, defendant appeals from a judgment of the Supreme Court, Queens County, entered September 25, 1974, which, after a nonjury trial, *inter alia,* awarded plaintiff a separation. Judgment reversed, on the facts, with costs to abide the event, and new trial granted. In our opinion, the determination was against the weight of the evidence. Rabin, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.